John W. MARTIN, Jr., Petitioner,

v.

STATE of Alaska, Respondent.

State of Alaska, Appellant,

v.

John W. Martin, Jr., Appellee.

Nos. S–10139, S–10640.

Supreme Court of Alaska.

Sept. 10, 2004.

Before: BRYNER, Chief Justice, MATTHEWS, EASTAUGH, and FABE, Justices.

### Order

The court asked the parties for supplemental briefing to discuss the effect on Case No. S–10139 of *Doe v. State, Department of Public Safety,* 92 P.3d 398 (Alaska 2004). Upon consideration of Martin's 7/8/04 supplemental brief, the state's 6/29/04 notice that it views *Doe* as dispositive of Martin's case (because Martin's sex offense conviction was set aside in 1988), and the state's notice of 7/9/04,

IT IS ORDERED:

1. Opinion No. 1716 issued 01/26/01 by the court of appeals in Case No. A–7089 is hereby VACATED.

2. The two judgments of dismissal dated 7/20/98 (one of which may be misdated 7/20/99) entered by the district court in Case Nos. 3KN–98–246 and 3KN–98–684, are REINSTATED.

3. This disposition of Martin's petition in Case No. S–10139 has the effect of mooting the issue, raised in Case No. S–10640, whether the district court had jurisdiction on 5/22/01 to enter new dismissals of the charges against Martin. This makes it unnecessary for this court to consider the question certified to this court on 9/21/01 by the court of appeals in its Opinion No. 1765 in Case Nos. A–8040 andA–8051.

Entered at the direction of the court.

CARPENETI, Justice, not participating.